

United States District Court
Middle District of Georgia

# ORDER TO DESTROY AND RECORD OF DESTRUCTION OF RELINQUISHED, ABANDONED, OR UNCLAIMED MERCHANDISE

**Name of Offender:** Michael Dawes Hall

**Case Number:** 7:13CR00013

| Control Number | Quantity | Description of Merchandise |
|---|---|---|
| H-66868-20240501-1 | 1 | Nokia Flip Phone |

**Reason For Request:** Michael Dawes Hall is approved to possess one cell phone which can be reviewed by the U.S. Probation Office. Hall has voluntarily requested the U.S. Probation Office dispose of merchandise listed above to remain in compliance with the conditions ordered by the Court.

**Method of Destruction:** The U.S. Probation Office will utilize a commercial secure hard drive destruction company for all merchandise listed above.

I declare under penalty of perjury that the foregoing is true and correct.

_Clayton Hester_  05/17/2024
Clayton B. Hester
Special Offender Specialist

## ORDER TO DESTROY

For good and sufficient cause shown to the court, the above noted items are to be destroyed by the United States Probation Office.

_W. Louis Sands_  5/17/2024
United States District Judge     Date