United States District Court
Middle District of Georgia



# ORDER TO DESTROY AND RECORD OF DESTRUCTION OF RELINQUISHED, ABANDONED, OR UNCLAIMED MERCHANDISE

**Name of Offender:** Michael Dawes Hall

**Case Number:** 7:13CR00013

| Control Number | Quantity | Description of Merchandise |
|---|---|---|
| H-66868-20250922-1 | 1 | TCL Flip Phone |

**Reason For Request:** Michael Dawes Hall requested and was given permission to obtain a new cell phone to comply with TAP restrictions. He has relinquished possession of the item listed above to remain in compliance with his conditions. Hall has requested the U.S. Probation Office dispose of merchandise listed above to remain in compliance with the conditions ordered by the Court.

**Method of Destruction:** The U.S. Probation Office will utilize a commercial secure hard drive destruction company for all merchandise listed above.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Clayton B. Hester
Special Offender Specialist

09/22/2025
Date

## ORDER TO DESTROY

For good and sufficient cause shown to the court, the above noted items are to be destroyed by the United States Probation Office.

_____
United States District Judge

09/22/2025
Date